UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ana Marroquin )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>Forster & Garbus, LLP )<br>)<br>)<br>)<br>Defendant. ) | Case No. 1:16-cv-07896<br><br><br><br><br><br><br><br>NOTICE OF DISMISSAL<br>WITH PREJUDICE |

Now comes Plaintiff, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), and hereby dismisses the present with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Suburban Legal Group, LLP

By: /s/ John P. Carlin
John P. Carlin, Esq.
1305 Remington Road, Suite C
Schaumburg, Il 60173
Tel: 847-843-8600
Fax: 847-843-8605
jcarlin@suburbanlegalgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 21, 2016, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the United States Mail to all parties indicated on the electronic filing receipt. The following party was served via regular via Electronic Notice:

Joel D. Leiderman
Sr. Associate Attorney
FORSTER & GARBUS LLP
60 MOTOR PARKWAY  COMMACK, NEW YORK  11725
Phone: (631) 393-9400 ext 468 / (800) 245-9943 ext 468   | Direct No.: (631) 393-9468  Fax: (631) 393-9469  |
E-mail: jleiderman@fgny.com